

# Fourth Court of Appeals
## San Antonio, Texas

No. 04-13-00232-CV

**IN RE** Alberto Roman **GONZALEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Rebeca C. Martinez, Justice

On May 2, 2013, Relator Alberto Roman Gonzalez filed a motion for reconsideration. The motion for reconsideration is DENIED.

It is so **ORDERED** on May 14, 2013.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of May, 2013.

Keith E. Hottle
Clerk of Court

---

[1] There is no pending trial court proceeding.